UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-	Case No. 5:06-cr-36-Oc-10GRJ

KEN PHILLIP WILLIAMS
_____/

**O R D E R**

On May 1, 2007, the United States Magistrate Judge issued a Report and Recommendation, (Doc. 34), finding by a preponderance of the evidence that the Defendant is mentally competent to stand trial as provided in 18 U.S.C. § 4241(d). No party has filed any objections to the Magistrate Judge's Report, and the time for filing such objections has elapsed.

Accordingly, upon due consideration and an independent review of the record in this case, it is hereby ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 34) is ADOPTED, CONFIRMED, AND MADE A PART HEREOF. The Defendant is hereby determined to be mentally competent to stand trial as provided in 18 U.S.C. § 4241(d). The Defendant's pretrial proceedings and trial shall go forward as scheduled in the Court's Criminal Standing Scheduling Order (Doc. 33).

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 7th day of June, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: United States Attorney
United States Marshal
United States Probation Office
U.S. Pretrial Services Office
Counsel of Record
Maurya McSheehy, Courtroom Deputy
Ken Phillip Williams